**MEMBERS**
**JONATHAN E. LAUDERBACH**
*CHAIRPERSON*
**MICHAEL B. RIZIK, JR.**
*VICE-CHAIRPERSON*
**BARBARA WILLIAMS FORNEY**
*SECRETARY*
**KAREN D. O'DONOGHUE**
**LINDA S. HOTCHKISS, MD**
**MICHAEL S. HOHAUSER**
**PETER A. SMIT**
**ALAN GERSHEL**
**LINDA M. ORLANS**

STATE OF MICHIGAN

ATTORNEY DISCIPLINE BOARD



**MARK A. ARMITAGE**
*EXECUTIVE DIRECTOR*
—
**WENDY A. NEELEY**
*DEPUTY DIRECTOR*
—
**KAREN M. DALEY**
*ASSOCIATE COUNSEL*
—
**SHERRY MIFSUD**
*OFFICE ADMINISTRATOR*
—
**ALLYSON M. PLOURDE**
*CASE MANAGER*
—
**OWEN R. MONTGOMERY**
*CASE MANAGER*
—
**JULIE M. LOISELLE**
*RECEPTIONIST/SECRETARY*
—

333 WEST FORT STREET, SUITE 1700
DETROIT, MICHIGAN 48226-3147
PHONE: 313-963-5553

www.adbmich.org

## NOTICE OF AUTOMATIC SUSPENSION FOR NON-PAYMENT OF COSTS

Case No. 20-86-JC

**Notice Issued: July 30, 2021**

Kenneth B. Morgan, P 34492, Birmingham, Michigan.

Effective July 27, 2021

In *Grievance Administrator v Kenneth B. Morgan*, Case No. 20-86-JC, an Order Imposing "No Discipline" was issued on June 9, 2021, which assessed costs in the amount of $1,878.20 payable on or before July 1, 2021. Respondent failed to pay the costs as ordered and in accordance with MCR 9.128(C), a certification of nonpayment of costs was issued on July 19, 2021.

In accordance with MCR 9.128(D), respondent's license to practice law in Michigan was automatically suspended on July 27, 2021, and, pursuant to MCR 9.128, that suspension will remain in effect until the costs have been paid and respondent has complied with MCR 9.119 and 9.123(A).