RECEIVED

AUG - 5 2022

CLERK'S OFFICE
U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**Kenneth B. Morgan (21-51595)**
**Kenneth B. Morgan PC**
**28265 W. 14 Mile Road**
**Farmington Hills, MI 48334**

9590 9402 4105 8092 9693 97

2. Article Number (Transfer from service label)

7018 0680 0000 7393 0479

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Kenneth Morgan | C. Date of Delivery 06-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

nnn / Rt.35

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

FILED

AUG - 5 2022

CLERK'S OFFICE
DETROIT

FILED

AUG - 5 2022

CLERK'S OFFICE
DETROIT